UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                              Case No. 19-CR-116

WILLIAM A. JULIUS,

    Defendant.

**ORDER DENYING MOTION TO ADJOURN THE HEARING
ON THE MOTION TO SUPPRESS STATEMENTS**

This matter comes before the court on Defendant William A. Julius' motion to adjourn the August 23, 2019 hearing on the motion to suppress statements. Julius asserts that his counsel intends to subpoena and take testimony from Federal Probation Agent Jennifer Rufenacht and the hearing should therefore be adjourned to a date that would allow counsel to comply with the appropriate Federal Regulations to subpoena her. The motion to adjourn the hearing is denied. The court has contacted Agent Rufenacht and has been assured that she will appear voluntarily without the need for a subpoena.

**SO ORDERED** this  21st  day of August, 2019.

                                              s/ William C. Griesbach
                                              William C. Griesbach, Chief Judge
                                              United States District Court